**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Action Performance Companies, Inc., ) | |
| ) | No. CIV 05-1281-PHX-DKD |
| Plaintiff/Counterdefendant, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Race World Collectibles, et al., ) | |
| ) | |
| Defendants/Counterclaimants. ) | |
| ) | |

Pursuant to the parties' Stipulation,

**IT IS ORDERED** that Defendants/Counterclaimants Race World Collectibles and David Scott Murphy shall have to and including March 17, 2006, to respond to Plaintiff/ Counterdefendant's First Set of Written Discovery Requests.

DATED this 10th day of March, 2006.

David K. Duncan
United States Magistrate Judge